In re the Matter of Victor and Maria
CARUSO, Appellants,

v.

Bill ENOCHS, Respondent.

Nos. WD 52354, WD 52390.

Missouri Court of Appeals,
Western District.

May 13, 1997.

Daniel J. Matula, Kansas City, for Appellants.

Michael Svetlic, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and
SPINDEN and HOWARD, JJ.

*ORDER*

PER CURIAM.

In this bench-tried suit, the trial court found the landlord intentionally breached a covenant to repair, and further found such breach decreased the fair rental value of the property. Evidence also supported lesser amount of damages to contents than cross-appellant tenant claimed. Affirmed. Rule 84.16(b).